# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER MALDONADO,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 23-CV-3942** |
| : | |
| **DEPUTY SHERRIFF RANKIN,** : | |
|     Defendant. : | |

## ORDER

**AND NOW**, this 3rd day of June, 2024, upon consideration of Defendant Deputy Sheriff Rankin's Motion to Dismiss (ECF No. 16), Plaintiff Christopher Maldonado's Motion in Opposition of Dismissal (ECF No. 20); and (3) Deputy Sheriff Rankin's reply thereto (ECF No. 21), it is **ORDERED** that:

1. For the reasons stated in the Court's accompanying Memorandum, Deputy Sheriff Rankin's Motion (ECF No. 16) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The Motion is **GRANTED** with respect to Maldonado's official capacity claim. The official capacity claim is **DISMISSED WITH PREJUDICE**.

    b. The Motion is **DENIED** in all other respects.

2. Defendant Deputy Sheriff Rankin shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

3. The Clerk of Court is **DIRECTED** to terminate Maldonado's Motion in Opposition of Dismissal (ECF No. 20), which is his merely his response to the Defendant's motion.

                                           **BY THE COURT:**

                                           */s/ Mitchell S. Goldberg*
                                           **MITCHELL S. GOLDBERG, J.**